FILED
2012 MAR 29 PM 12:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GGB PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOBBY J. TAYLOR, *et al.*, <br><br> Defendant. | Case No. CV 12-2425 UA (DUTYx) <br><br> **ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On March 21, 2012, Defendant Bobby J. Taylor, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in

1  the first place, in that Defendants do not competently allege facts supplying either
2  diversity or federal-question jurisdiction, and therefore removal is improper. 28
3  U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546,
4  563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of
5  citizenship exists, the amount in controversy does not exceed the diversity-
6  jurisdiction threshold of $75,000. See 28 U.S.C. §§ 1332, 1441(b). On the
7  contrary, the unlawful-detainer complaint recites that the amount in controversy
8  does not exceed $10,000. Moreover, because Defendant resides in the forum state,
9  Defendant cannot properly remove the action, to the extent diversity jurisdiction is
10 asserted. 28 U.S.C. § 1441(b).
11     Nor does Plaintiff's unlawful detainer action raise any federal legal question.
12 See 28 U.S.C. §§ 1331, 1441(b).
13     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
14 Superior Court of California, Los Angeles County, South District, Long Beach
15 Courthouse, 415 West Ocean Boulevard, Long Beach, CA 90802, for lack of
16 subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a
17 certified copy of this Order to the state court; and (3) that the Clerk serve copies of
18 this Order on the parties.
19     IT IS SO ORDERED.

21 Dated: 3/26/2012

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE